M. Kevin Queenan (TX SBN 16427150)
*Appearance pro hac vice*
Carlos Lopez (TX SBN 24083414)
*Appearance pro hac vice*
**QUEENAN LAW FIRM, P.C.**
731 Station Drive
Arlington, Texas 76015
Phone: (817) 635-3333
Facsimile: (817) 635-4444
E-mail: service@queenanlaw.com
E-mail: carlos@queenanlaw.com
*Attorneys for Plaintiff Jane Doe QLF 001*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer<br>JURY TRIAL DEMANDED |
| This Document Relates to:<br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.; C.A. No. 3:24-cv-08783* | |

## SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3084, in the United States District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order No. 11 of this Court.

Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of Actions specific to this case.

Plaintiff, by and through her undersigned counsel, alleges as follows:

## I. DESIGNATED FORUM[1]

1. Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

This cause was first filed in the 415th District Court of Parker County, Texas, CV23-1343. On the date of the filing of this short-form complaint in the MDL, Plaintiff filed a motion to abate that state court proceeding, pending further proceedings in the MDL.

In the event Plaintiff had filed a case in federal court, the likely venue would have been the United States District Court, Northern District of Texas, Fort Worth Division.

("Transferee District Court")

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF

1. Injured Plaintiff: Name of the individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by an Uber driver with whom they were paired while using the Uber platform:

Jane Doe QLF 001

("Plaintiff").

2. At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

Fort Worth, Tarrant County, Texas.

3. Not applicable.

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).

**B. DEFENDANT(S)**

1. Plaintiff names the following Defendants in this action.

☒ UBER TECHNOLOGIES, INC.;[2]

☒ RASIER, LLC;[3]

☒ RASIER-CA, LLC;[4]

☐ OTHER (specify): ______________________________. This defendant's residence is in (specify state): ___________________.

**C. RIDE INFORMATION**

1. The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by an Uber driver in connection with a ride facilitated on the Uber platform in Tarrant County, Texas on June 9, 2020.

2. The Plaintiff WAS NOT the account holder of the Uber account used to request the relevant ride.

3. The Plaintiff provides the following additional information about the ride:

**[PLEASE SELECT/COMPLETE ONE]**

☐ The Plaintiff hereby incorporates Plaintiff's disclosure of ride information produced pursuant to Pretrial Order No. 5 ¶ 4 on [DATE] or to be produced in compliance with deadlines set forth in Pretrial Order No. 5 ¶ 4, and any amendments or supplements thereto.

☒ The origin of the relevant ride was 902 West Division Street, Arlington, Tarrant County, Texas. The requested destination of the relevant ride was

---

[2] Delaware corporation with a principal place of business in California.

[3] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

104 East Bluebonnet Drive, Cresson, Parker County, Texas. The driver was named Victor Huynh Le.

## III. CAUSES OF ACTION ASSERTED

1. The Causes of Action asserted in the *Plaintiffs' Master Long-Form Complaint*, and the allegations with regard thereto in the *Plaintiffs' Master Long-Form Complaint*, are adopted in this *Short-Form Complaint* by reference, except that Plaintiff opts out of and excludes the causes of action specified below:

| Check any EXCLUDED causes of action | Cause of Action Number | Cause of Action |
|---|---|---|
| ☐ | I | NEGLIGENCE (including Negligent Hiring, Retention, Supervision, and Entrustment) |
| ☐ | II | FRAUD AND MISREPRESENTATION |
| ☐ | III | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| ☐ | IV | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| ☐ | V | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE TRANSPORTATION[6] |
| ☐ | VI | VICARIOUS LIABILITY FOR DRIVERS' TORTS - EMPLOYEE |
| ☐ | VII | VICARIOUS LIABILITY FOR DRIVERS' TORTS - APPARENT AGENCY |
| ☐ | VIII | VICARIOUS LIABILITY FOR DRIVERS' TORTS - RATIFICATION |
| ☐ | IX | VICARIOUS LIABILITY FOR DRIVERS' TORTS - Cal. Public Utilities Code § 535 |

---

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint* under the laws of every state **<u>except</u>**: **Arizona, Colorado, District of Columbia, Illinois** (for incidents prior to August 11, 2023), **Michigan, Montana** (for incidents prior to April 23, 2023), **New York, Pennsylvania, Wisconsin**, and **Wyoming.**

[6] This claim is pleaded in *Plaintiffs' Master Long-Form Complaint* under the laws of every state **<u>except</u>**: **District of Columbia, Michigan, New York, Pennsylvania.**

| | | |
|---|---|---|
| ☐ | X | STRICT PRODUCTS LIABILITY - DESIGN DEFECT |
| ☐ | XI | STRICT PRODUCTS LIABILITY - FAILURE TO WARN |
| ☐ | XII | STRICT PRODUCTS LIABILITY - PRODUCT LIABILITY ACTS |
| ☐ | XIII | UNFAIR COMPETITION LAW - Cal. Bus. & Prof. Code § 17200 et seq. |

These claims are asserted subject to the Court's rulings, including, but not limited to, the order dated August 15, 2024 (Doc. 1044), and any subsequent pleadings of the parties and/or orders of the Court.

## IV. ADDITIONAL CAUSES OF ACTION AND/OR ALLEGATIONS

**NOTE**

If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph __, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (see paragraph __). In doing so you may attach additional pages to this Short-Form Complaint.

1. Plaintiff asserts the following additional theories against the Defendants designated in paragraph __ above:

| |
|---|
| None at this time. |

2. If Plaintiff has additional factual allegations not set forth in *Plaintiffs' Master Long-Form Complaint*, they may be set forth below or in additional pages:

| |
|---|
| None at this time. |

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for economic and non-economic compensatory and punitive and exemplary damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the Court deems equitable and just, and as set forth in *Plaintiffs' Master Long-Form Complaint*.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: December 5, 2024

Respectfully submitted,

By: /s/ M. Kevin Queenan

M. Kevin Queenan, TX SBN 16427150
*Appearance pro hac vice*
Carlos Lopez, TX SBN 24083414
*Appearance pro hac vice*

731 Station Drive
Arlington, Texas 76015
(817) 635-3333
(817) 635-4444 (fax)

ATTORNEYS FOR
PLAINTIFF JANE DOE QLF 001

OF COUNSEL:

**QUEENAN LAW FIRM, P.C.**
731 Station Drive
Arlington, Texas 76015
(817) 635-3333
(817) 635-4444 (fax)