*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,*<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Plaintiff Jane Doe QLF001 ("Plaintiff") hereby discloses the following list of witnesses who are expected to be called or may be called by Plaintiff at trial.

1. **PLAINTIFF EXPERTS**

| Witness | Title | May Call/Will Call | Live and/or Designation | Short Statement on Substance of Witness Testimony |
|---|---|---|---|---|
| **Drumwright, Meme** | Plaintiff Expert | Will Call | Live | Ms. Drumwright is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |

| | | | | |
|---|---|---|---|---|
| **Feltoon, David** | Plaintiff Expert | Will Call | Live | Dr. Feltoon is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| **Johnson, Robert** | Plaintiff Expert | Will Call | Live | Mr. Johnson is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| **Keller, Lacey** | Plaintiff Expert | Will Call | Live | Ms. Keller is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
| **Lebowitz, Leslie** | Plaintiff Expert | Will Call | Live | Dr. Lebowitz is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
| **Levy, Leigh** | Plaintiff Expert | Will Call | Live | Ms. Levy is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
| **Reinhardt, Phillip (P.J.)** | Plaintiff Non-Retained Expert and Law Enforcement Witness - Fort Worth Police Department | Will Call | Live | Sergeant Reinhardt is expected to testify on the topics listed in the Plaintiff's disclosure of non-retained expert witness and any topics covered in his deposition. |
| **Romero, John** | Plaintiff Expert | Will Call | Live | Mr. Romero is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| **Sniderman, Robert** | Plaintiff Expert | Will Call | Live | Mr. Sniderman is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his |

| | | | | |
|---|---|---|---|---|
| | | | | knowledge, skill, experience, education, and training. |
| **Tremblay, Tom** | Plaintiff Expert | Will Call | Live | Mr. Tremblay is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| **Valliere, Veronique** | Plaintiff Expert | Will Call | Live | Dr. Valliere is expected to testify about the opinions detailed in his expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |

## 2. PLAINTIFF AND NON-PARTY WITNESSES

| Witness | Title | May Call/Will Call | Live and/or Designation | Short Statement on Substance of Witness Testimony |
|---|---|---|---|---|
| **Baker, Karen** | Non-Party Fact Witness - National Sexual Violence Resource Center (NSVRC) Representative | May Call | Video | Karen Baker may testify regarding Uber's relationship with NSVRC, including Uber's use of NSVRC to support its sexual-assault-related policies, taxonomy, public messaging, and litigation positions. |
| **B., A.G.** | Non-Party Fact Witness | May Call | TBD | A.G.B. may testify regarding her former relationship with Victor Huynh Le and facts within her personal knowledge concerning Mr. Le's background, conduct, history, and behavior. |
| **Bazerman, Max** | Non-Party Fact Witness - Uber Consultant | May Call | Video | Max Bazerman may testify regarding his consulting work for Uber on the ethics of RideSense/S-RAD control-group testing, including controlled experiments, informed consent, transparency, and the scope and limits of his opinions, and all topics covered in his deposition(s). |
| **Bentley, Eric** | Law Enforcement Witness - Fort | May Call | TBD | Sgt. Eric Bentley may testify concerning all topics covered in his declaration and deposition(s). |

| | | | | |
|---|---|---|---|---|
| | Worth Police Department | | | |
| **D. (M.), H.** | Non-Party Fact Witness - Ride Requesting Witness | Will Call | Live | H. (M.) D. may testify regarding her knowledge of Plaintiff, observations of Plaintiff before and after the incident, and all topics covered in her deposition. |
| **Jane Doe QLF001** | Plaintiff | Will Call | Live | Plaintiff may testify regarding the sexual assault at issue, her reporting of the assault, the criminal proceedings involving Victor Le, her injuries, treatment, emotional distress, damages, and all topics covered in her deposition. |
| **D., J.R.** | Plaintiff's Sister | May Call | Live | Plaintiff's sister may testify regarding her relationship with Plaintiff, her observations of Plaintiff before and after the assault, Plaintiff's emotional condition and daily functioning, and all topics covered in her deposition. |
| **D., K.** | Plaintiff's Mother | May Call | Live | Plaintiff's mother may testify regarding her observations of Plaintiff before and after the assault, Plaintiff's emotional and functional changes, family communications following the incident, and all topics covered in her deposition. |
| **D., R.** | Plaintiff's Father | May Call | Live | Plaintiff's father may testify regarding his observations of Plaintiff before and after the assault, Plaintiff's damages, family support following the incident, and all topics covered in his deposition. |
| **Henard, Indira** | Non-Party Fact Witness – Head of the DC Rape Crisis Center | May Call | TBD | Indira Henard is the head of the DC Rape Crisis Center, which is one of Uber's non-profit partners. This witness may testify regarding Uber's relationship with this entity, including Uber's use to support its sexual-assault-related policies, taxonomy, public messaging, and litigation positions. This witness also serves Uber's "Safety Advisory Board" and can testify as to Uber's |

| | | | | |
|---|---|---|---|---|
| | | | | relationship with, and use of, the Safety Advisory Board. |
| **H., A.** | Non-Party Fact Witness - Plaintiff's Friend | May Call | Video | A.H. may testify regarding her personal knowledge of Plaintiff, including observations of her condition, functioning, relationships, and life circumstances before and/or after the incident, and all topics covered in her deposition. |
| **Hubbard, Brian** | Current/Former Checkr Employee - Corporate Representative Regarding Uber Background Checks | Will Call | Video | Mr. Hubbard may testify regarding Checkr's background check services, Uber's use of Checkr, the information Uber provided to Checkr, the scope and limitations of background check searches, and all topics covered in his deposition. |
| **I., A.** | Non-Party Fact Witness - Plaintiff's Friend | May Call | Live | A.I. may testify regarding her personal knowledge of Plaintiff, including observations of her condition, functioning, relationships, and life circumstances before and/or after the incident, and all topics covered in her deposition. |
| **Jones, Madeline** | Non-Party Fact Witness – ADA | May Call | TBD | Madeline Jones may testify about the police report, police file, investigative file, criminal proceeding, or related law-enforcement record concerning Victor Huynh Le. |
| **K., H.** | Non-Party Fact Witness - Plaintiff's Friend | May Call | Live | H.K. may testify regarding her personal knowledge of Plaintiff, including observations of her condition, functioning, relationships, and life circumstances before and/or after the incident. |
| **Le, Victor Huynh** | Uber Driver | May Call | Video | Victor Huynh Le, subject driver, may testify regarding his Uber driver history, prior incidents or complaints, the June 9, 2020 incident involving Plaintiff, and related criminal proceedings. |
| **M., G.** | Non-Party Fact Witness: Prior Incident | May Call | TBD | G.M. may testify regarding her April 2017 report to Uber and the police concerning Victor Huynh |

| | | | | |
|---|---|---|---|---|
| | | | | Le, including the underlying incident, the information she provided to the police and Uber, and Uber's response. |
| **Olsen, Erica** | Non-Party Fact Witness – National Network to End Domestic Violence (NNEDV) Representative | May Call | TBD | This witness may testify regarding Uber's relationship with this entity, including Uber's use to support its sexual-assault-related policies, taxonomy, public messaging, and litigation positions. This witness also serves on Uber's "Safety Advisory Board" and can testify as to Uber's relationship with, and use of, the Safety Advisory Board. |
| **Owens, Jim** | Law Enforcement Witness - City of Fort Worth Deputy Marshal | May Call | TBD | Deputy Marshal J. Owens may testify about the police report, police file, investigative file, criminal proceeding, or related law-enforcement record concerning Victor Huynh Le. |
| **Page, Jodi** | Current/Former Uber Employee - Chief of Staff to CLO | May Call | Video | Jodi Page may testify concerning all topics covered in her deposition(s). |
| **Pimentel, Andi** | Current/Former Uber Employee - Chief of Staff to CEO | May Call | Video | Andi Pimental may testify concerning all topics covered in her deposition(s). |
| **Poore, Terri** | Non-Party Fact Witness – National Alliance to End Sexual Violence (NAESV) Representative | May Call | TBD | Terri Poore is Policy Director at NAESV, which is one of Uber's non-profit partners. This witness may testify regarding Uber's relationship with this entity, including Uber's use to support its sexual-assault-related policies, taxonomy, public messaging, and litigation positions. |
| **R., H.** | Plaintiff Treater | May Call | TBD | H.R. may testify regarding Plaintiff's medical and/or mental health condition, treatment, prognosis, damages, and all topics covered in her deposition. |
| **S., M.R.** | Non-Party Fact Witness: Prior Incident | May Call | TBD | M.R.S., non-party prior-incident witness, may testify regarding a prior incident involving Victor Huynh Le, including the circumstances of that incident, any |

| | | | | |
|---|---|---|---|---|
| | | | | related reports or investigation, and facts relevant to the driver's history and risk. |
| **S., M.** | Non-Party Fact Witness - Plaintiff's Former Romantic Partner | May Call | Video | M.S. may testify regarding their personal knowledge of Plaintiff, including observations of her condition, functioning, relationships, and life circumstances before and/or after the incident, and all topics covered in her deposition. |
| **V., R.** | Non-Party Fact Witness - Plaintiff's Friend | May Call | Video | R.V. may testify regarding his personal knowledge of Plaintiff, including observations of her condition, functioning, relationships, and life circumstances before and/or after the incident, and all topics covered in her deposition. |

3. **CURRENT/FORMER UBER EMPLOYEES**

| Witness | Title | May Call/Will Call | Live and/or Designation | Short Statement on Substance of Witness Testimony |
|---|---|---|---|---|
| **Anderson, Brooke** | Current/Former Uber Employee - Head of Product Communications | May Call | Video | Brooke Anderson may testify about her experience as the Director of Communications and former Global Head of Safety Communications, and her knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, safety communications, media inquiries, and sexual-assault-related public communications, and all topics covered in her deposition(s). |
| **Boman, Emilie** | Current/Former Uber Employee - Director, Global Public Policy - Safety, | May Call | Video | Emilie Boman may testify regarding Uber's nonprofit/advocacy relationships, Driving Change, payments/grants, public statements, and Safety Report/S- |

| | | | | |
|---|---|---|---|---|
| | Sustainability & Privacy | | | RAD outreach, and all topics covered in her deposition(s). |
| **Breeden, Tracey** | Current/Former Uber Employee - Former Head of Global Women's Safety & Gender-Based Violence | May Call | Video | Ms. Breeden is expected to testify about her experience as the Head of Global Women's Safety and as Senior Manager, Communications and Policy and her knowledge and experience concerning sexual violence on the Uber platform, and Uber's response to that violence, women's safety, gender-based violence programs, sexual-assault communications, public/media responses, and investigation-sensitive communications, and all topics covered in her deposition(s). |
| **Brown, Gregory** | Current/Former Uber Employee - Director, Head of Central Safety | Will Call | Video | Greg Brown may testify regarding Uber's onboarding and screening of Victor Huynh Le, what Uber considered in 2020, prior reports/account history, background checks, and account-linkage issues, and topics covered in his deposition(s). |
| **Cardenas, Phillip** | Current/Former Uber Employee - Former Head of Global Safety and Quality | May Call | Video | Phillip Cardenas may testify regarding early Uber global safety management, platform safety between riders and drivers, policy recollection, security functions, and qualifications/training, and all topics covered in his deposition(s). |
| **Cubedo Jr., Ernie** | Current/Former Uber Employee - Support Investigation | May Call | Video | Ernie Cubedo, Jr. may testify regarding Uber's handling of a prior report involving Victor Huynh Le, including related communications, documentation, and response |
| **Dobbs, Chad** | Current/Former Uber Employee - Head of US City Operations | May Call | Video | Chad Dobbs may testify concerning Uber's business model, independent contractor issues, growth strategies, corporate history, and knowledge sexual violence on the Uber platform, and all topics covered in his deposition(s). |

| | | | | |
|---|---|---|---|---|
| **Esteves, Mariana** | Current/Former Uber Employee - Group Product Manager - Safety | May Call | Video | Mariana Esteves may testify about her experience as Group Product Manager of Safety, Uber's safety-related features, and her knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, and all topics covered in her deposition(s). |
| **Freivogel, Cory** | Current/Former Uber Employee - Head of US & Canada Platform Safety Operations | Will Call | Video | Cory Freivogel may testify about his experience as the US Head of Safety and his knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, Uber's history of reports and complaints about Victor Huynh Le, prior fraud/sexual-assault reports, serious safety incidents, and Uber's investigation and response, and all topics covered in his deposition(s). |
| **Fuldner, Henry (Gus)** | Current/Former Uber Employee - Former Senior Vice President of Safety & Core Services | May Call | Video | Henry (Gus) Fuldner may testify about his experience as Senior Vice President of Safety & Core Services, his experience as a member of Uber's executive leadership team, and his knowledge and experience concerning sexual violence on the Uber platform and the response of Uber leadership to that violence, and all topics covered in his deposition(s). |
| **Gaddis, Todd** | Current/Former Uber Employee - Manager II Data Analytics | May Call | Video | Todd Gaddis may testify about Uber's Safety Reports and incident data, and all topics covered in his deposition(s). |
| **Garcia, Anthony** | Current/Former Uber Employee - Support Investigation | May Call | Video | Anthony Garcia may testify regarding Uber's handling of a prior report involving Victor Huynh Le, including related communications, documentation, and response |
| **Hasbun, Andrew** | Current/Former Uber Employee - | May Call | Video | Andrew Hasbun may testify about his experience as the Global Head |

| | | | | |
|---|---|---|---|---|
| | Head of Global Safety Communications | | | of Safety Communications and his knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, including in connection with media, and all topics covered in his deposition(s). |
| **Hazelbaker, Jill** | Current/Former Uber Employee - Chief Marketing Officer and Senior Vice President, Communications & Public Policy | May Call | Video | Jill Hazelbaker may testify about her role as Uber's Chief Marketing Officer and Senior Vice President, Communications & Public Policy, her experience as a member of Uber's executive leadership team, and her knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, marketing/communications, public policy, corporate messaging, and legislative testimony about Uber's rideshare and related businesses, and all topics covered in her deposition(s). |
| **Hernandez, Anthony** | Current/Former Uber Employee - Support Investigation | May Call | Video | Anthony Hernandez may testify regarding Uber's handling of a prior report involving Victor Huynh Le, including related communications, documentation, and response |
| **Kaiser, Roger** | Current/Former Uber Employee - Former Head of Safety Operations | May Call | Video | Roger Kaiser may testify about Uber's safety-related operations, receipt of reports concerning sexual violence, and actions in response to criticism of Uber, and all topics covered in his deposition(s). |
| **Kalanick, Travis** | Current/Former Uber Employee - Former CEO | May Call | Video | Travis Kalanick may testify about his experience as a member of Uber's executive leadership team, key events in Uber's corporate history, reputational issues Uber faced and Uber's response, as well as his knowledge and experience concerning sexual violence at Uber, and Uber's response to that |

| | | | | |
|---|---|---|---|---|
| | | | | sexual violence, and all topics covered in his deposition(s). |
| **Kansal, Sachin** | Current/Former Uber Employee - Chief Product Officer | May Call | Video | Sachin Kansal may testify concerning all topics covered in his previous trial testimony and all topics covered in his deposition(s). |
| **Khosrowshahi, Dara** | Current/Former Uber Employee - CEO | May Call | Video | Mr. Khosrowshahi may testify about his role as Uber's Chief Executive Officer, Uber's response to sexual violence on the Uber platform, and Uber's disclosure of information concerning that sexual violence, and all topics covered in his deposition(s). |
| **Maredia, Sarfraz** | Current/Former Uber Employee - Global Head of Autonomous Mobility & Delivery | May Call | Video | Sarfraz Maredia may testify regarding Uber's rideshare business priorities, safety governance, incident-reduction efforts, and internal communications concerning Uber safety issues. |
| **McCann, Elisha** | Current/Former Uber Employee - Head of Identity Operations | May Call | Video | Elisha McCann may testify concerning all topics covered in her deposition(s). |
| **Nilles, Hannah** | Current/Former Uber Employee - Director, Head of Safety - Americas | May Call | Video | Hannah Nilles may testify concerning screening and background checks for Uber drivers, regional screening and onboarding policies, Uber's understanding and response to risk factors for sexual violence on the Uber platform, Uber's corporate governance issues concerning safety issues, and all topics covered in her deposition(s). |
| **Payne, Rebecca** | Current/Former Uber Employee - Former Group Product Manager - Safety | May Call | Video | Rebecca Payne may testify about her experience as Group Product Manager for Safety and about product features Uber considered and/or launched in response to safety and sexual violence issues on the Uber platform, and all |

| | | | | |
|---|---|---|---|---|
| | | | | topics covered in her deposition(s). |
| **Ross, Elizabeth** | Current/Former Uber Employee - Head of Product Marketing, Safety & Sustainability | May Call | Video | Elizabeth Ross may testify about Uber's safety-related marketing and communications, including how Uber presents safety features, campaigns, and messaging to riders, and the role of marketing in shaping public perceptions of safety on the Uber platform, and all topics covered in her deposition(s). |
| **Sheridan, Danielle** | Current/Former Uber Employee - Former Senior Director & General Manager, Head of US Cities and Director, Head of US & Canada Platform Safety, Standards, and Quality | May Call | Video | Danielle Sheridan may testify concerning all topics covered in her deposition(s). |
| **Theophile, Elizabeth** | Current/Former Uber Employee - Support Investigation | May Call | Video | Elizabeth Theophile may testify regarding Uber's handling of a prior report involving Victor Huynh Le, including related communications, documentation, and response |
| **Wong, Sunny** | Current/Former Uber Employee - Senior Manager, Applied Science - Safety | May Call | Video | Sunny Wong may testify about Uber's safety-related data analysis and risk assessment practices, including how Uber evaluates and addresses safety risks, including Safety Risk Assessed Dispatch, including in connection with Plaintiff's<br>ride, and all topics covered in his deposition(s). |

**4. CUSTODIAN OF RECORD AND SPONSORING WITNESS**

| Witness | Title | May Call/Will Call | Live and/or Designation | Short Statement on Substance of Witness Testimony |
|---|---|---|---|---|
| **Custodian of Records** | Custodian of Record (Uber, Fort Worth Police Department, and/or other third party as needed) | May Call | Live | Plaintiff intends to call as needed the Records Custodian of a party and/or third party if necessary to authenticate exhibits and/or lay the foundation to establish admissibility. |
| **Sponsoring Witness(es) for Voluminous Materials** | Sponsoring Witness | May Call | Live | Testimony as described in Plaintiff's 1006 Disclosures. |

In serving this witness list, Plaintiff expressly reserves the right to amend, supplement, or modify these disclosures based on newly obtained or modified information, testimony or witness disclosures presented by Defendants, and rulings of the Court on pretrial motions. Plaintiff further reserves the right to call, in Plaintiff's case-in-chief, any witness identified on Defendants' witness list, including any witness Defendants designate or identify as a live witness, regardless of whether that witness is separately listed herein. Plaintiff also reserves the right to call rebuttal or impeachment witnesses, records custodians, corporate representatives, treating providers, rebuttal experts, and any witness necessary to authenticate records, respond to evidence offered by Defendants, or address matters raised at trial.

Dated: September 14, 2026

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: September 14, 2026

By: */s/ Roopal P. Luhana*
Roopal P. Luhana